**Carl Gordon COBB, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

**No. WD 47931.**

Missouri Court of Appeals,
Western District.

March 1, 1994.

James D. Walker, Walker & Williams, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Carl Gordon Cobb appeals an order affirming the revocation of his driver's license for refusal to submit to chemical testing under § 577.041, RSMo Supp.1992 (effective 7–1–92, now repealed).

The appeal is dismissed for lack of jurisdiction due to failure to properly name the Director of Revenue as a party. *Webb v. Director of Revenue*, 864 S.W.2d 20, 21 (Mo. App.1993).

**Kevin WALTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48135.**

Missouri Court of Appeals,
Western District.

March 1, 1994.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Watson, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and KENNEDY and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from dismissal of Rule 24.035 motion for post-conviction relief for untimely filing.

The judgment of dismissal is affirmed. Rule 84.16(b).